UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN E., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:20-CV-00479-LEW |
| | ) | |
| | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION COMMISSIONER | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 8, 2021 his Recommended Decision (ECF No. 16). The Plaintiff filed his objection on January 6, 2022 (ECF No. 19). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and the Defendant's response to Plaintiff's objection.

Accordingly, the Recommended Decision is AFFIRMED and ADOPTED, and the Commissioner's final administrative decision is AFFIRMED.

SO ORDERED.

Dated this 29th day of March, 2022.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE